## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 24-00184-KD-MU |
| JASMIN ROWSER | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 31) and without any objection having been filed by the parties, Defendant's plea of guilty to Count One of the Indictment charging violations of Title 18 U.S.C. § 1512(b), tampering with a witness, victim, or informant by intimidation, threats, corrupt persuasion, or misleading conduct, is accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **May 9, 2025, at 1:30 p.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 19th day of February 2025.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE